PRG.27341

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | |
|---|---|
| CARL L. FRANCIS AND MIGUEL FLORES,<br>　　　　Plaintiffs,<br><br>VS.<br><br>BLACK ROSE SPECIALIZED TRANSPORT, LLC; KORY DWYER and DARIUS L. MANGRUM,<br>　　　　Defendants. | §§§§§§§§§§§<br><br>CIVIL NO. 1:23-cv-00143-C |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), Plaintiff **CARL L. FRANCIS** and Defendants **BLACK ROSE SPECIALIZED TRANSPORT, LLC; KORY DWYER and DARIUS L. MANGRUM** (collectively, the "Parties") file this Joint Stipulation of Dismissal and request the Court enter an Order dismissing the **CARL L. FRANCIS'** portion of this action with prejudice. The Parties have reached an agreement resolving their dispute and have agreed that each party will bear their own attorneys' fees and costs.

Respectfully submitted,

**SAHADI LEGAL GROUP**

_____
Mr. Brandon P. Mundt
Texas State Bar No. 24073764
bmundt@sahadilegal.com
414 South Tancahua Street
(361) 760-3300 (office)
(361) 760-3310 (fax)
Corpus Christi, Texas 78401

**ATTORNEYS FOR PLAINTIFF
CARL L. FRANCIS**


**FLETCHER, FARLEY, SHIPMAN
& SALINAS, L.L.P.**

/s/ John R. Moore
_____
**JOHN R. MOORE**
Texas State Bar No. 24014445
john.moore@fletcherfarley.com
9201 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 987-9600 (office)
(214) 987-9866 (fax)

**ATTORNEY FOR DEFENDANTS
BLACK ROSE SPECIALIZED TRANSPORT, LLC; KORY DWYER and DARIUS L. MANGRUM**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 12th day of August, 2024.

*/s/ John R. Moore*
**JOHN R. MOORE**