**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| **MIGUEL FLORES,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | Civil Action No. 1:23-CV-00143-C | |
| **BLACK ROSE SPECIALIZED** § | | |
| **TRANSPORT, LLC, KORY DWYER, and** § | | |
| **DARIUS L. MANGRUM,** § | | |
| § | | |
| Defendants. § | | |

### PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff files this Motion for Entry of Final Judgment.

### I.
### SUMMARY OF ARGUMENT

1. On December 4, 2025, the jury returned a verdict in favor of Plaintiff and against Defendants (the "Jury Verdict').

1. The Jury Verdict satisfies Rule 58(b)(2)(A).

2. Pursuant to the Court's instruction and Rule 58(a), the Final Judgment is attached hereto as a separate document.

2. Pursuant to Rule 58(d), Plaintiff asks that the Final Judgment be promptly entered on a separate document.

3. Pursuant to Local Rules 7.1 and 7.2, Plaintiff attaches an Appendix hereto and submits a Brief in Support of Plaintiff's Motion for Entry of Final Judgment.

## II.
## PRAYER

Plaintiff prays that the Court grant this Motion, enter the Final Judgment attached hereto, and award Plaintiff such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

    Respectfully submitted,

    Law Offices of Thomas J. Henry
    5711 University Heights Boulevard, Suite 101
    San Antonio, Texas 78249
    Tel. (361) 360-8500
    Fax. (361) 985-0601

    _____
    Scott P. Brinkerhoff
    State Bar No. 24069419
    Email: sbrinkerhoff-svc@tjhlaw.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served in accordance with the Federal Rules of Civil Procedure on December 11, 2025.

_____
Scott P. Brinkerhoff

## CERTIFICATE OF CONFERENCE

The undersigned certifies that, on December 9-11, 2025, Plaintiff's counsel conferred in writing with defense counsel, Eugene Tagle, regarding the Motion. Defendants are opposed to the relief requested herein. Therefore, the Motion is presented to the Court for determination.

_____
Scott P. Brinkerhoff