**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| **MIGUEL FLORES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | |
| | § | No. 1:23-CV-143-H |
| **BLACK ROSE SPECIALIZED** | § | |
| **TRANSPORT, LLC, KORY DWYER, and** | § | |
| **DARIUS L. MANGRUM,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Pursuant to the jury's verdict returned on December 4, 2025, this Court renders judgment for Plaintiff in the amounts described below.

For Plaintiff against Defendant Black Rose Specialized Transport, LLC ("Black Rose") and Defendant Darius L. Mangrum, jointly:

$165,000.00 for past medical expenses;

$1,200,000.00 for future medical expenses;

$30,000.00 for past physical pain;

$30,000.00 for future physical pain;

$60,000.00 for past mental anguish;

$60,000.00 for future mental anguish;

$150,000.00 for past physical impairment;

$150,000.00 for future physical impairment;

$60,000.00 for past loss of earning capacity; and

$300,000.00 for future loss of earning capacity.

For Plaintiff against Mangrum, exemplary damages in the amount of $20,000.00.

For Plaintiff against Black Rose, exemplary damages in the amount of $2,000,000.00.

For Plaintiff against Black Rose and Mangrum, jointly, prejudgment interest at the rate of 7% from September 19, 2023, to December 3, 2025, in the amount of $32,550.00.

For Plaintiff against Black Rose and Mangrum, jointly, postjudgment interest shall compound annually at the rate of 3.61% and shall accrue from December 4, 2025, to the date the judgment is satisfied.

All costs of court are taxed against Black Rose and Mangrum, jointly, and awarded to Plaintiff.

The Clerk of the Court shall issue all writs and processes, including but not limited to Writs of Execution, in aid of satisfaction of this Final Judgment.

Plaintiff shall take nothing from Defendant Kory Dwyer.

This is a Final Judgment with respect to all claims and parties.

Signed this \_\_\_\_ day of _____, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE